McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I St., Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

**FILED**

JUL 2 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. No. 07-MJ-0211 KJM |
| ) | |
| Plaintiff, ) | |
| ) | ORDER UNSEALING CRIMINAL |
| v. ) | COMPLAINT AND AFFIDAVIT IN |
| ) | SUPPORT OF THE CRIMINAL |
| Gabriel CARACHEO, ) | COMPLAINT |
| ) | |
| Defendant. ) | |

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the criminal complaint and Affidavit in support of the criminal complaint in the above-captioned matter be, and is, hereby ordered UNSEALED.

DATED: 6/27/07

_____
KIMBERLY J. MUELLER
UNITED STATES MAGISTRATE JUDGE