HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:07-cr-248-26 WBS |
|---|---|---|
| Plaintiff, | ) | **NOTICE OF APPOINTMENT OF COUNSEL [PROPOSED] ORDER** |
| v. | ) | |
| GABRIEL CARACHEO, | ) | RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE |
| Defendant. | ) | Judge: WILLIAM B. SHUBB |

Pursuant to this Court's order of June 8, 2015, and General Order No. 546, the Office of the Federal Defender files this notice regarding appointment of counsel. Mr. Ararao filed a pro se "motion requesting appointment of counsel" pursuant to 18 U.S.C. §3006A. Please take notice that the Office of the Federal Defender hereby requests withdrawal as counsel in this matter.

If the Court wishes to appoint CJA Panel Counsel to represent the defendant, attorney, Erin Radekin, is available for appointment and a proposed order is attached for the Court.

Dated: January 27, 2016

                                                         Respectfully submitted,

                                                         HEATHER E. WILLIAMS
                                                         Federal Defender

                                                         *s/ Hannah R. Labaree*
                                                         HANNAH R. LABAREE
                                                         Assistant Federal Defender

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the Federal Defender for the Eastern District of California and is a person of such age and discretion as to be competent to serve papers.

On December 10, 2015, she caused to be served a copy of the attached NOTICE OF APPOINTMENT OF COUNSEL [PROPOSED] ORDER by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States mail at Sacramento, California as follows:

Gabriel Caracheo
Register No. 17173-097
Mendota FCI
Post Office 9
Mendota, CA 93640

I declare under penalty of perjury that the foregoing is true and correct. Executed this 27th day of January, 2016

/s/ Lisa M. Kennison
Lisa M. Kennison

## **ORDER**

Pursuant to General Order No. 546 and the provisions of the Criminal Justice Act, 18 U.S.C. §§3006A(a)(1) and (c), and in accordance with the retroactive application of the United States Sentencing Commission's Amendment 782, CJA Panel Attorney, Erin Radekin, is hereby appointed effective, January 26, 2016 the date the Office of the Federal Defender first contacted him.

Dated: January 27, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Notice of Appointment of Counsel