**ERIN J. RADEKIN**
Attorney at Law - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
GABRIEL CARACHEO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** ) | 2:07-CR-00248-26 WBS |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED]** |
| v. ) | **ORDER TO MODIFY BRIEFING** |
| ) | **SCHEDULE** |
| ) | |
| **GABRIEL CARACHEO,** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

On January 28, 2016, this Court appointed counsel to represent defendant, Gabriel Caracheo, in a potential motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2).  CR 1378.  On March 25, 2016, the Court adopted the parties' stipulation to modify the briefing schedule pertaining to such possible motion.  For the reasons stated below, the parties stipulate and request that the current briefing schedule be vacated and a new briefing schedule be ordered as follows:

| | |
|---|---|
| Motion to reduce sentence | **August 18, 2016** |
| Government's opposition | **September 8, 2016** |
| Defendant's reply, if any | **September 15, 2016** |

The basis for the parties' request to modify the last briefing schedule was, in part, to await final decision by the Ninth Circuit on the petition

STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE - 1

for rehearing *en banc* granted in *United States v. Davis*, 776 F.3d 1088 (9th Cir. 2015).  CR 1389 at 1.  The Ninth Circuit has not yet issued a decision in *Davis.*  The parties respectfully submit the Court should await the resolution of the petition for *en banc* review in *Davis* to ascertain the law to be applied to Mr. Caracheo's motion for a sentence reduction.

Assistant United States Attorney Jason Hitt has indicated he has no objection to the proposed modification.

Therefore, the parties respectfully stipulate and request that this Court modify the briefing schedule as set forth above.

Dated: June 8, 2016                     BENJAMIN WAGNER
                                        United States Attorney

                                    By:  /s/ Jason Hitt
                                         JASON HITT
                                         Assistant United States

Dated: June 8, 2016                      /s/ Erin J. Radekin
                                         ERIN J. RADEKIN
                                         Attorney for Defendant
                                         GABRIEL CARACHEO

**ORDER**

Pursuant to the unopposed request, and good cause appearing therefor, it is hereby ordered that the briefing schedule relating to defendant's possible motion to reduce sentence pursuant to § 3582(c)(2) be revised to reflect the following deadlines:

| | |
|---|---|
| Motion to reduce sentence | **August 18, 2016** |
| Government's opposition | **September 8, 2016** |
| Defendant's reply, if any | **September 15, 2016** |

Dated:  June 8, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE - 2