PHILLIP A. TALBERT
Acting United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:07-CR-248-26 WBS |
|---|---|
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY BRIEFING SCHEDULE |
| v. | |
| GABRIEL CARACHEO, | |
| Defendant. | |

**STIPULATION**

On August 18, 2016, the Court adopted the parties' stipulation to modify the briefing schedule pertaining to a possible motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2) to allow the government additional time to assess its position in this case in light of the June 13, 2016, decision by the Ninth Circuit in *United States v. Davis*, 825 F.3d 1014 (9th Cir. 2016) (*Davis II*), reversing its prior holding. C.R. 1423.

On September 15, 2016, the Court ordered an additional modification to the briefing schedule for the purpose of determining the application of *Davis II*.

The government requires two additional weeks to respond to defendant's brief. Defense counsel does not object to the new proposed briefing schedule. Defendant's currently scheduled release date is May 3, 2029.

/ / /

Accordingly, the parties stipulate and request that the current briefing schedule be vacated and a new briefing schedule be ordered as follows:

    Government's opposition to be due on November 17, 2016

    Defendant's reply, if any, to be due on December 1, 2016

Therefore, the parties respectfully stipulate and request that this Court modify the briefing schedule as set forth above.

Dated:  November 3, 2016　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　　　　/s/ JASON HITT
　　　　　　　　　　　　　　　　　　　　　JASON HITT
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Dated:  November 3, 2016　　　　　　　　　/s/ ERIN J. RADEKIN
　　　　　　　　　　　　　　　　　　　　　ERIN J. RADEKIN
　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　　GABRIEL CARACHEO

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: November 4, 2016

　　　　　　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE