**ERIN J. RADEKIN**
Attorney at Law - SBN 214964
1001 G Street, Suite 100
Sacramento, California 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
GABRIEL CARACHEO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>**GABRIEL CARACHEO,** )<br>)<br>Defendant. )<br>_____ ) | 2:07-CR-00248-26 WBS<br><br>**STIPULATION AND [~~PROPOSED~~]**<br>**ORDER TO MODIFY BRIEFING**<br>**SCHEDULE** |

On October 13, 2016, Mr. Caracheo filed his motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2).  CR 1445.  The government filed its opposition on November 16, 2016.  CR 1464.  Pursuant to this Court's order filed on November 7, 2016, the date due for the reply brief is December 1, 2016.  CR 1451.  Mr. Caracheo intends to file a reply; however, he needs additional time to obtain records pertaining to his disciplinary violations noted by the government in its opposition.  Ms. Radekin has contacted the prison and the records are forthcoming.

Accordingly, the parties stipulate and request that the date due for the reply brief be modified to January 5, 2017.  Assistant United States Attorney Jason Hitt has indicated he has no objection to the modification of

STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE - 1

the reply brief due date and has authorized Ms. Radekin to sign this stipulation on his behalf.

IT IS SO STIPULATED.

Dated: December 1, 2016                    PHILLIP A. TALBERT
                                           Acting United States Attorney

                                    By:    /s/ Jason Hitt
                                           JASON HITT
                                           Assistant United States

Dated: December 1, 2016                    /s/ Erin J. Radekin
                                           ERIN J. RADEKIN
                                           Attorney for Defendant
                                           GABRIEL CARACHEO

**ORDER**

Pursuant to the unopposed request, and good cause appearing therefor, it is hereby ordered that the date due for the reply brief to the government's opposition to defendant's motion to reduce sentence pursuant to § 3582(c)(2) be modified to January 5, 2017.

Dated:   December 1, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE - 2