**ERIN J. RADEKIN**
Attorney at Law - SBN 214964
1001 G Street, Suite 100
Sacramento, California 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
GABRIEL CARACHEO

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | 2:07-CR-00248-26 WBS |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED]** |
| v. ) | **ORDER TO MODIFY BRIEFING** |
| ) | **SCHEDULE** |
| ) | |
| **GABRIEL CARACHEO,** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

    On October 13, 2016, Mr. Caracheo filed his motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2).  CR 1445.  The government filed its opposition on November 16, 2016.  CR 1464.  Pursuant to this Court's order filed on December 1, 2016, the date due for the reply brief is January 5, 2017.  CR 1470.  Mr. Caracheo intends to file a reply; however, the defense needs additional time to obtain records pertaining to his disciplinary violations noted by the government in its opposition.

    On December 12, 2016, Ms. Radekin obtained a signed release authorizing release of the records pertaining to the disciplinary violations from Mr. Caracheo in the mail.  That same day, Ms. Radekin provided a copy to Rosemary Yniquez, a counselor at FCI Mendota.  Thereafter, Ms. Radekin emailed Ms. Yniquez three additional times inquiring into the status of the request for

STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE - 1

records. The last message Ms. Radekin received from Ms. Yniquez was on January 3, 2017, which was, "With the holidays been out of the office I will get you the information as soon as it is approved through the Unit." As of the date of this stipulation, Ms. Radekin does not yet have the records.

Accordingly, the parties stipulate and request that the date due for the reply brief be modified to February 16, 2017. Assistant United States Attorney Jason Hitt has indicated he has no objection to the modification of the reply brief due date and has authorized Ms. Radekin to sign this stipulation on his behalf.

IT IS SO STIPULATED.

Dated: January 5, 2017         PHILLIP A. TALBERT
                               Acting United States Attorney

                         By:   /s/ Jason Hitt
                               JASON HITT
                               Assistant United States

Dated: January 5, 2017         /s/ Erin J. Radekin
                               ERIN J. RADEKIN
                               Attorney for Defendant
                               GABRIEL CARACHEO

**ORDER**

Pursuant to the unopposed request, and good cause appearing therefor, it is hereby ordered that the date due for the reply brief to the government's opposition to defendant's motion to reduce sentence pursuant to § 3582(c)(2) be modified to February 16, 2017.

Dated:  January 5, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE - 2