**ERIN J. RADEKIN**
Attorney at Law - SBN 214964
1001 G Street, Suite 100
Sacramento, California 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
GABRIEL CARACHEO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> **GABRIEL CARACHEO,** ) <br> ) <br> Defendant. ) <br> _____ ) | 2:07-CR-00248-26 WBS <br><br> **STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE** |

On October 13, 2016, Mr. Caracheo filed his motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2). CR 1445. The government filed its opposition on November 16, 2016. CR 1464. Pursuant to this Court's order filed on January 6, 2017, the date due for the reply brief is February 16, 2017. CR 1488. Mr. Caracheo intends to file a reply; however, Ms. Radekin needs time to communicate with Mr. Caracheo in writing to discuss his disciplinary violations noted by the government in its opposition.

Accordingly, the parties stipulate and request that the date due for the reply brief be modified to March 20, 2017. Assistant United States Attorney Jason Hitt has indicated he has no objection to the modification of the reply brief due date and has authorized Ms. Radekin to sign this stipulation on his behalf.

STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE - 1

1  IT IS SO STIPULATED.

2  Dated: February 16, 2017                PHILLIP A. TALBERT
                                           Acting United States Attorney

                                     By:   /s/ Jason Hitt
                                           JASON HITT
                                           Assistant United States

6  Dated: February 16, 2017                /s/ Erin J. Radekin
                                           ERIN J. RADEKIN
                                           Attorney for Defendant
                                           GABRIEL CARACHEO

**ORDER**

Pursuant to the unopposed request, and good cause appearing therefor, it is hereby ordered that the date due for the reply brief to the government's opposition to defendant's motion to reduce sentence pursuant to § 3582(c)(2) be modified to March 30, 2017.

Dated:  February 17, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE